1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   MORRIS FRAIZER

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-07-510 GEB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| MORRIS FRAIZER, | ) | |
| Defendant, | ) | |

It is hereby stipulated and agreed to between Morris Fraizer, Joesph John Leone, by and through counsel respective counsel Dwight M. Samuel and Clarence Emmett Mahle, and United States of America, by and through Mary Grad, Assistant United States Attorney, that the status conference presently set for Friday, January 25, 2008 be vacated and rescheduled for a status conference on Friday, February 29, 2008, at 9:00 a.m.

It is further stipulated that the period from January 25, 2008, through and including February 29, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

1 | Respectfully submitted,
2 |
3 | Dated: January 22, 2008
4 | /s/ Dwight M. Samuel
  | DWIGHT M. SAMUEL
5 | Attorney at Law
  | Attorney for Defendant, Morris Fraizer
6 | Dated: January 22, 2008
7 |
8 | /s/ Clarence Emmett Mahle
  | Clarence Emmett Mahle
  | Attorney at Law
9 | Attorney for Defendant, Joesph John Leone
  | Dated: January 22, 2008
10 |
11 |
12 | /s/ Mary Grad
  | Mary Grad
  | Assistant U.S. Attorney
13 |
14 |
15 | IT IS SO ORDERED.
16 | Dated:   January 23, 2008
17 |
18 | GARLAND E. BURRELL, JR.
19 | United States District Judge