DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
MORRIS FRAZIER

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-510 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| MORRIS FRAZIER, ) | |
| Defendant, ) | |
| _____ ) | |

It is hereby stipulated and agreed to between Morris Frazier, by and through counsel, Dwight M. Samuel, and United States of America, by and through Mary Grad, Assistant United States Attorney, that the status conference presently set for Friday, August 1, 2008, at 9:00 a.m. be vacated and rescheduled for a status conference on Friday, August 29, 2008, at 9:00 a.m.

A plea agreement has been provided to defense counsel. Defense requests a continuance for negotiating.

It is further stipulated that the period from Friday, August 1, 2008, through and including August 29, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

Dated: July 30, 2008

      /s/ Dwight M. Samuel
      DWIGHT M. SAMUEL
      Attorney at Law
      Attorney for Defendant, Morris Frazier

Dated: July 30, 2008

      /s/ Mary Grad[1]
      MARY GRAD
      Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   August 1, 2008

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Signed per telephonic authorization.