DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
MORRIS FRAZIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MORRIS FRAZIER, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. CR.S-07-0510-GEB <br><br> AMENDED STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING AND AMEND THE DISCLOSURE SCHEDULE |

Defendant, Morris Frazier, through counsel, and the United States of America, through Assistant U.S. Attorney Mary Grad, agree that the Judgement and Sentencing set for November 17, 2008 be continued to **January 9, 2009 at 9:00 am.**

In addition, it is agreed that the Schedule for Disclosure is Amended as follows:

| | |
|---|---|
| Judgement and Sentencing: | 01/09/2008 |
| Reply or Statement of No Opposition: | 12/31/2009 |
| Motion for Correction of the Pre-Sentence Report Shall be filed with the Court and Served on the Probation Office r and Opposing Counsel no later than: | 12/24/2008 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later than: | 12/19/2008 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation | 12/12/2008 |

1 | Officer and Opposing Counsel no later than:

2 | The Proposed Pre-Sentence Report Shall be          11/26/2008
    Disclosed to Counsel no later than:

4 | Respectfully submitted,

DATED: October 25, 2007          /S/Dwight M. Samuel
                                 DWIGHT M. SAMUEL
                                 Attorney for Defendant
                                 Morris Frazier

DATED: October 25, 2007          /S/Mary Grad[1]
                                 MARY GRAD
                                 Assistant United States Attorney

       IT IS SO ORDERED.

Dated: October 9, 2008

                                 GARLAND E. BURRELL, JR.
                                 United States District Judge

---

[1] Signed per telephonic authorization.