```
1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   MORRIS FRAZIER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR.S-07-0510-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PROPOSED STIPULATION |
| | ) | AND ORDER TO CHANGE |
| MORRIS FRAZIER, | ) | SELF SURRENDER DATE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

  Defendant, Morris Frazier, through counsel, and the United States of America, through Assistant U.S. Attorney Mary Grad, agree that the self surrender date currently set for June 26, 2009 should be extended to July 1, 2009.  Mr. Frazier anticipates receiving a check for $740.00 on or about June 29th.  Mr. Frazier needs to be able to sign and cash the check so that he can provide these funds to his wife so Mrs. Frazier has funding for child care and other necessities.

  Attorney Dwight M. Samuel has conferred with AUSA Mary Grad on the above matter and both parties are in agreement to the above terms contingent upon approval from the court. Respectfully submitted,

DATED: June 15, 2009     /S/Dwight M. Samuel
               DWIGHT M. SAMUEL
               Attorney for Defendant
               Morris Frazier

1 | DATED: June 15, 2009            /S/Mary Grad[1]
2 |                                 MARY GRAD
                                    Assistant United States Attorney
3
4 |        IT IS SO ORDERED.

5 | Dated:  June 16, 2009

6
                                    _____
7 |                                 GARLAND E. BURRELL, JR.
                                    United States District Judge

---

[1] Signed per telephonic authorization.